**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID LENIHAN and JAN LENIHAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER ASSOCIATES INTERNATIONAL, INC., <br><br> Defendant. | C.A. No. 04-11701-DPW |

**ORDER**

The Court has considered defendant Computer Associates International, Inc.'s motion to transfer this action. It is hereby ordered that the defendant's motion to transfer is GRANTED and it is hereby ORDERED that this action be transferred to the United States District Court for the Eastern District of New York.

                                                                           Douglas P. Woodlock
                                                                           United States District Judge

                                                                           Date: _____

\# 2179373\_v1