

**COMPUTER ASSOCIATES**
Software superior by design.

**APPLICATION FOR EMPLOYMENT**
In order that your application may be properly evaluated, it is essential that all of the following questions be answered carefully and completely.

**EXHIBIT A**

AN EQUAL OPPORTUNITY EMPLOYER

PLEASE PRINT IN INK OR TYPE

Name (Last, First, Middle Initial): Lenihan, David M
Home Phone: (508) 285-4366
Social Security No.: 033-509260
Are you under 18? ☐ Yes ☒ No

Present Address: 1 Fieldstone Circle Norton, MA 02766
Are you any of the following: U.S. citizen or national; permanent or temporary resident; refugee; or asylee? ☒ Yes ☐ No

Position Desired: Sales Rep
Full Time ☒  Part Time ☐  Temp. ☐
Salary Expected: $70K Plus Comm.
Can you work any shift? ☒ Yes ☐ No
Can you work overtime? ☒ Yes ☐ No

Have you ever worked for CA or a related company? ☐ Yes ☐ No
Have you ever been interviewed by CA or any of its related companies? ☐ Yes ☐ No
Referred by: Doug Sinclaire
Date Available: Now
Application Date: 8/14/00

Have you ever served in the U.S. Armed Forces? ☐ Yes ☒ No

Have you ever been convicted of a felony, misdemeanor, or other criminal offense? ☐ Yes ☒ No

| EDUCATION | NAME OF SCHOOL AND LOCATION | MAJOR | MINOR | YEARS COMPLETED | TYPE OF DEGREE RECEIVED |
|---|---|---|---|---|---|
| HIGH SCHOOL | Needham High School | College Prep | | 4 | H.S. Diploma |
| COLLEGE OR UNIVERSITY | Univ. of MA Amherst | Economics | MKTG | | BS Economics |
| GRADUATE SCHOOL | | | | | |
| MILITARY SCHOOL | | | | | |
| OTHER | | | | | |

What types of computer hardware have you worked on? PC, MAC, modems, multiplexers, lan/wan

What types of software products have you worked with? Windows 95/NT, Goldmine, Act, Saleslogix, Powerpoint, excel, word etc

For Clerical Applicants Only:
Can you type? ☐ Yes ☐ No  WPM____  PC Experience? ☐ Yes ☐ No

© 1998 Computer Associates International, Inc., Islandia, NY 11788-7000.

**EMPLOYMENT RECORD** Please account for all your time since leaving high school or for the last ten years, whichever is shorter, including all time spent in Military Service and any periods of unemployment. Please start with your PRESENT position and proceed chronologically backward. If required, use a separate sheet of paper.

| COMPANY NAME | NCS | POSITION | Sales | JOB DESCRIPTION | |
|---|---|---|---|---|---|
| ADDRESS | | DATES OF EMPLOYMENT FROM: 6/95 TO: 7/00 | | Sales Rep | |
| CITY AND STATE | Eden Prairie, MN | STARTING SALARY: BASE: 40K | OTHER (PLEASE EXPLAIN): | 40K + comm | |
| | | LAST SALARY: BASE: 60 | OTHER (PLEASE EXPLAIN): | 60K + comm | |
| WHOM MAY WE CONTACT? | Human Resources | PHONE NO. | | | |
| REASON FOR LEAVING | Business Re-alignment | | | | |

| COMPANY NAME | Tylink | POSITION | Sales | JOB DESCRIPTION | |
|---|---|---|---|---|---|
| ADDRESS | | DATES OF EMPLOYMENT FROM: '93 TO: '95 | | Sales Rep | |
| CITY AND STATE | Norton, MA | STARTING SALARY: BASE: 35K | OTHER (PLEASE EXPLAIN): | 35K + comm | |
| | | LAST SALARY: BASE: | OTHER (PLEASE EXPLAIN): | | |
| WHOM MAY WE CONTACT? | Out of business | PHONE NO. | | | |
| REASON FOR LEAVING | New opportunity | | | | |

| COMPANY NAME | Bull HN | POSITION | Sales Rep | JOB DESCRIPTION | |
|---|---|---|---|---|---|
| ADDRESS | | DATES OF EMPLOYMENT FROM: 1/92 TO: 12/93 | | Sales Rep | |
| CITY AND STATE | Billerica, MA | STARTING SALARY: BASE: 30K | OTHER (PLEASE EXPLAIN): | 30K + comm | |
| | | LAST SALARY: BASE: 30K | OTHER (PLEASE EXPLAIN): | 30K + comm | |
| WHOM MAY WE CONTACT? | Human Resources | PHONE NO. | | | |
| REASON FOR LEAVING | New Opportunity | | | | |

| COMPANY NAME | Motorola | POSITION | Sales Rep | JOB DESCRIPTION | |
|---|---|---|---|---|---|
| ADDRESS | | DATES OF EMPLOYMENT FROM: TO: | | Sales Rep | |
| CITY AND STATE | Mansfield, MA | STARTING SALARY: BASE: | OTHER (PLEASE EXPLAIN): | | |
| | | LAST SALARY: BASE: 25K | OTHER (PLEASE EXPLAIN): | 25K + comm | |
| WHOM MAY WE CONTACT? | Human Res. | PHONE NO. | | | |
| REASON FOR LEAVING | New Opportunity | | | | |

**REFERENCES (DO NOT LIST RELATIVES)**

| NAME | ADDRESS | PHONE | OCCUPATION |
|---|---|---|---|
| | | | |
| | | | |

# AGREEMENT

May we contact your current employer before your current employment there ends? _____ Yes __X__ No

Upon employment, I will be asked to sign an agreement setting forth certain terms and conditions of such employment. Among such terms and conditions is my agreement to maintain the confidentiality of trade secrets and other information, not to use such secrets and information except for Computer Associates' benefit, and not to compete with Computer Associates after my employment ends. I understand that any offer of employment that I may receive is contingent on my signing such agreement.

If I have been recruited through an employment agency, or Computer Associates relocates me, and I resign prior to completing one full year of employment, I agree to repay Computer Associates (and I authorize Computer Associates to withhold, to the extent permitted by law, from any monies owed to me, including but not limited to, wages, vacation pay, overtime pay, commissions, expenses, and any other final compensation), in the case of any employment agency fee, one-half of the total fee remitted by Computer Associates to such employment agency, or in the case of such relocation, all costs incurred by Computer Associates in such relocation.

I understand and agree that for positions that require travel at Computer Associates a term and condition of employment is that I must be able to obtain the appropriate credit required and have the ability to pay, as incurred, for my expenses related to my employment. I also understand and agree that if such expenses are in accordance with Computer Associates' current expense policy, such expenses are reimbursable by Computer Associates', in accordance with Computer Associates' standard payroll procedures. I also understand that Computer Associates will not guarantee any payments incurred on any corporate or individual credit card or provide cash advances for such expenses on a regular basis. I further understand that if I am unable to satisfy this employment condition that I may be terminated from Computer Associates employment.

If Computer Associates should advance commission amounts to me at any time during my employment, I hereby agree to repay such amounts upon request. In addition, should the advance not be otherwise repaid, I understand and agree to the deduction of that sum, to the extent permitted by law, from any monies owed to me, including but not limited to, wages, vacation pay, overtime pay, commissions, expenses, and any other final compensation.

Computer Associates may request, and I also authorize and request, each former employer, educational institution and reference, to furnish any information that may be sought by Computer Associates concerning my employment, including but not limited to, my wages, habits, character, and skills, and I hereby waive any privacy, confidentiality or similar privileges involved.

Upon being hired, Computer Associates and I have the privilege of terminating my employment at will and at any time, with or without cause. I agree that no promise of continuous employment or employment for a definite period of time has been made or given to me.

I understand that this Agreement is binding upon me, and that the submission of any false information in connection with any application for employment, whether in this document or not, may be cause for immediate discharge at any time thereafter should I be employed by Computer Associates. I also understand and agree that Computer Associates can and will rely on information obtained from third parties in connection with my employment and I waive any and all claims against Computer Associates for any actions that it may take based on the information provided by such third parties.

All Computer Associates facilities in the U.S. and Canada are designated as totally non-smoking areas. Except where laws otherwise provide, no smoking will be permitted in the offices, the common areas, and the grounds and parking lots of Computer Associates if such areas are controlled by Computer Associates or reserved or dedicated for the use of Computer Associates and its employees. This rule also applies to private offices and conference rooms and to all Computer Associates employees as well as visitors. I understand and will comply with the aforementioned Computer Associates non-smoking policy.

I understand that if I am offered employment with Computer Associates, prior to or at the time I start work, I will be required to present one or more original documents establishing both my identity and authorization to work in the United States. I also understand that I must verify my identity and authorization to work on the I-9 Form required by the United States Immigration and Naturalization Service. Photocopies of the I-9 Form and the documentation that establishes identity and work authorization will be provided by Computer Associates only to persons who have a legitimate interest in this information for purposes of complying with the Immigration Reform and Control Act of 1986.

Date: 8-16-00

Signature: David [signature]

Name: David Lenihan

Social Security No.: 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

Address: 1 Fieldstone Cir   City: Norton   State: MA   Zip: 02766