UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID LENIHAN and JAN LENIHAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br><br>Defendant. | C.A. No. 04-11701-DPW |

## DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, Computer Associates International, Inc., states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

COMPUTER ASSOCIATES
INTERNATIONAL, INC.

By its attorneys,

HOLLAND & KNIGHT LLP

_____
Paul G. Lannon, Jr. (BBO # 563404)
David J. Santeusanio (BBO # 641270)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: August 30, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2004, I electronically filed Defendant Computer Associates International Inc.'s Local Rule 7.3 Corporate Disclosure Statement with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Peter H. Noone, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

David J. Santeusanio, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116

_____
Paul G. Lannon, Jr., Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

# 2208038_v1