UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID LENIHAN and JAN LENIHAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br><br>　　　　　　Defendant. | C.A. No. 04-11701-DPW |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
<u>LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.3, the defendant, Computer Associates International, Inc., states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　COMPUTER ASSOCIATES
　　　　　　　　　　　　　　　　　　　　INTERNATIONAL, INC.

　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　　　　_/s/ Paul G. Lannon, Jr._
　　　　　　　　　　　　　　　　　　　　Paul G. Lannon, Jr. (BBO # 563404)
　　　　　　　　　　　　　　　　　　　　David J. Santeusanio (BBO # 641270)
　　　　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02116
　　　　　　　　　　　　　　　　　　　　(617) 523-2700

Dated: August 30, 2004

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

     I hereby certify that on August 30, 2004, I electronically filed Defendant Computer Associates International Inc.'s Local Rule 7.3 Corporate Disclosure Statement with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Peter H. Noone, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

David J. Santeusanio, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116

                                               _____
                                               Paul G. Lannon, Jr., Esq.
                                               Holland & Knight LLP
                                               10 St. James Avenue
                                               Boston, MA 02116

# 2208038_v1