09/02/2004 11:42 FAX 8584508499    HELLER EHRMAN SD                              ☒002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID LENIHAN and JAN LENIHAN,

    Plaintiffs,

v.

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,

    Defendant.

C.A. No. 04-11701-DPW

## CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation and to discuss the use of alternative dispute resolution programs.

COMPUTER ASSOCIATES
INTERNATIONAL, INC.

_____
Vice President, Senior Counsel
Computer Associates International, Inc.
One Computer Associates Plaza
Islandia, New York 11749
(617) 342-4387

HOLLAND & KNIGHT LLP

_____
Paul G. Lannon, Jr. (BBO # 563404)
David J. Santeusanio (BBO # 641270)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: September 2, 2004

# 2213716_v1