UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID LENIHAN, ET AL.,
    Plaintiffs

CIVIL ACTION NO. 04-11701-DPW

v.

COMPUTER ASSOCIATES INT'L, INC.,
    Defendant

## ORDER FOR REMAND

WOODLOCK, D.J.

In accordance with this Court's allowance on September 9, 2004, of the Defendant's Motion to Transfer this action to the United States District Court for the Eastern District of New York, it is hereby ORDERED that the above entitled action be transferred to the United States District Court for the Eastern District of New York.

The case shall be administratively closed in this District in light of this Order.

By the Court,

/s/ Rebecca Greenberg
Deputy Clerk

DATED: September 9, 2004